# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D20-2195

_____

REGINALD FARRIOR,

    Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Appellee.

_____

On appeal from the Circuit Court for Hamilton County.
Paul S. Bryan, Judge.

September 29, 2021

PER CURIAM.

AFFIRMED. *See Baker v. State*, 878 So. 2d 1236, 1246 (Fla. 2004) (explaining that a trial court may dismiss, rather than transfer, a habeas petition when the petitioner seeks relief that "(1) would be untimely if considered as a motion for postconviction relief under rule 3.850, (2) raise claims that could have been raised at trial or, if properly preserved, on direct appeal of the judgment and sentence, or (3) would be considered a second or successive motion under rule 3.850 that either fails to allege new or different grounds for relief that were known or should have been known at the time the first motion was filed."); *Zuluaga v. Dep't of Corr.*, 32 So. 3d 674 (Fla. 1st DCA 2010).

ROWE, C.J., and LEWIS and WINOKUR, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Reginald Farrior, pro se, Appellant.

Ashley Moody, Attorney General, and Anne C. Conley, Assistant Attorney General, Tallahassee, for Appellee.